IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-467-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EMEKA EMEKAUWA | ) ) ) | |
| Plaintiff/Relator, | ) ) | ORDER |
| v. | ) ) ) | |
| THE SHAW UNIVERSITY, | ) ) | |
| Defendant. | ) | |

Plaintiff having moved this Court to voluntarily dismiss his claim under the False Claims Act, 31 U.S.C. § 3729, without prejudice to the United States, and, pursuant to 31 U.S.C. § 3730(b)(1), having received the written consent of the United States to dismiss the foregoing claim without prejudice to the United States, the Court rules as follows:

IT IS ORDERED that Plaintiff's claim under the False Claims Act, 31 U.S.C. § 3729, is hereby dismissed without prejudice to the United States. Plaintiff is DIRECTED to file his amended complaint on or before October 16, 2018.

This the 9th day of October, 2018.

Louise W. Flanagan
United States District Judge

1