# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:17-cvs-467-FL

EMEKA EMEKAUWA,

    Plaintiff,

v.

THE SHAW UNIVERSITY,

    Defendant.

**ORDER**

The Court has considered the Motion for Extension of Deadline to Complete Fact Discovery and to Modify the Discovery Plan [DE 39]. For good cause shown, the Motion is GRANTED. The deadline for the parties to conduct fact discovery and mediation is extended from June 15, 2020 to August 14, 2020, the deadline for the parties to file dispositive motions is extended from July 15, 2020 to September 15, 2020 and the discovery plan is amended accordingly.

SO ORDERED, this the 17th day of June 2020.

_____
DISTRICT JUDGE LOUISE WOOD FLANAGAN